UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :
                                        NOTICE OF INTENT TO
            -v.-                  :     FILE AN INFORMATION

IVAN COSS,                        :

            Defendant.            :

- - - - - - - - - - - - - - - - - -

**08 CRIM 411**

PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 8, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney

                            By:   _____
                                  Daniel W. Levy
                                  Assistant United States Attorney

                                  AGREED AND CONSENTED TO:

                                  _____
                                  Michael I. Hurwitz, Esq.
                                  Hurwitz, Stampur & Roth
                                  Attorney for Defendant
                                  Ivan Coss