JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

        -v.-                       :     WAIVER OF INDICTMENT

IVAN COSS,                          :     08 Cr. _____ (LTS)

        Defendant.              :

- - - - - - - - - - - - - - - - - -x

**08 CRIM 41**

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 286, 1028, 1028a, and 1349, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
         May 9, 2008

                                               _____
                                               Ivan Coss
                                               Defendant

                                               _____
                                               Witness

                                               _____
                                               Michael I. Hurwitz, Esq.
                                               Hurwitz, Stampur & Roth
                                               Attorneys for Defendant
                                               Ivan Coss

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 09 2008