

**HURWITZ STAMPUR & ROTH**
ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, STE. 800
NEW YORK, N.Y. 10007

FILE UNDER SEAL

TEL: 212-619-4240
FAX: 212-619-6743

May 15, 2008

**BY FACSIMILE: (212) 805-0426**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States vs. Ivan Coss
INF. 08 CR 411 (LTS)

Dear Judge Swain,

I write to request my client, Ivan Coss, be allowed to visit Miami, Florida. He will be staying at 6141 Southwest 37th Street, Apt 2202, Miramar, Florida 33023. The purpose of the visit is to perform in several professional musical acts as well as attend a promotional event.

Mr. Coss will be traveling to Miami by car on May 22, 2008 and returning to New York by plane on May 25, 2008.

Mr. Coss can be contacted on his cell phone number 646-725-8578.

AUSA Daniel Levy and Pretrial Officer Tom Marino consent to this request.

Sincerely,

Michael Hurwitz

cc: Pretrial Officer Tom Marino (By Fax: 212-805-4175)
AUSA Dan Levy (By Fax: 212-637-2429)

Permission is granted.

MH:jy

SO ORDERED.

5/16/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

MH/COSS, I/REQUEST