UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :     WAIVER OF INDICTMENT

        -v.-                  :     S1 08 Cr. 411 (LTS)

IVAN COSS,                     :

            Defendant.        :

- - - - - - - - - - - - - - - - - -x

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 286, 1028, 1028A, and 1349, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:   New York, New York
        August 20, 2008

_____
Ivan Coss
Defendant

_____
Witness

_____
Michael I. Hurwitz, Esq.
Hurwitz, Stampur & Roth
Attorneys for Defendant
Ivan Coss

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 20 2008